Randall D. Morrison (SBN 054183)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for BASF CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, dba NYK LINE,<br><br>             Plaintiff,<br><br>     vs.<br><br>BASF CORPORATION; THE JAMES BROOKS COMPANY, INC.; NATIONAL INTERSTATE INSURANCE COMPANY; and DOES 1 to 50, inclusive,<br><br>             Defendants. | No.: C 06 3704 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process: Private mediation through JAMS or other private mediator. The parties agree to hold the mediation by November 15, 2006.

DATED: August ___, 2006.

        REED SMITH LLP

        By   /s/ Jonah D. Mitchell
           Randall D. Morrison
           Jonah D. Mitchell
           Attorneys for Defendant BASF CORPORATION

DATED: August ___, 2006.

        SELLAR HAZARD McNEELY & MANNING

        By   /s/ Aaron Hancock
           Aaron Hancock
           Attorneys for Defendant NATIONAL
           INTERSTATE INSURANCE CO.

DATED: August ___, 2006.

        FLYNN DELICH & WISE LLP

        By   /s/ Conte C. Cicala
           Conte C. Cicala
           Attorneys for Plaintiff NIPPON YUSEN KAISHA
           dba NYK LINE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __8/21_____, 2006.   _____
UNITED STATES DISTRICT JUDGE
WILLIAM ALSUP

