IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIPPON YUSEN KAISHA, d/b/a NYK LINE,

    Plaintiff,

    v.

BASF CORPORATION, THE JAMES BROOKS COMPANY, INC., NATIONAL INTERSTATE INSURANCE COMPANY, and DOES 1 to 50, inclusive,

    Defendants.

No. C 06-03704 WHA

**STIPULATION AND ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

STIPULATION AND PROPOSED ORDER

The initial CMC in this matter was set for September 7, 2006. On August 30, 2006, this Court rescheduled the CMC to September 14, 2006. Counsel for plaintiff NIPPON YUSEN KAISHA dba NYK LINE has requested that the other parties stipulate to a rescheduling of the CMC to the following week on September 21, 2006, to accommodate a scheduling conflict created by the rescheduling of the CMC to 14th, and all have agreed to do so. Therefore, the parties respectfully request that the CMC in this matter be rescheduled to September 21, 2006, all other particulars to remain the same.

Dated: September 7, 2006    FLYNN, DELICH & WISE LLP

                                        /s/
                                By _____
                                  Conte C. Cicala
                                Attorneys for Plaintiff
                                NIPPON YUSEN KAISHA dba NYK LINE

Dated:  September 7, 2006					SELLAR, HAZARD, McNEELY & MANNING

							By ___/s/_____
							     Aaron Hancock
							Attorneys for Defendant
							NATIONAL INTERSTATE INSURANCE CO.


Dated:  September 7, 2006					REED SMITH LLP

							By ___/s/_____
							     Randall D. Morrison
							     Jonah D. Mitchell
							Attorneys for Defendant and
							Counter-claimant/Cross-claimant
							BASF CORPORATION


**ORDER**

Pursuant to stipulation, it is hereby **ORDERED** that the case management conference in this matter is rescheduled to **11:00 A.M., SEPTEMBER 21, 2006**, all other particulars to remain the same.


Dated:  September 11, 2006.			_____
							WILLIAM ALSUP
							UNITED STATES DISTRICT JUDGE

2