**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   NIPPON YUSEN KAISHA, dba NYK LINE,           No. C 06-03704 WHA
11        Plaintiff,
12     v.                                         **REMINDER NOTICE OF
                                                  UPCOMING TRIAL AND
13   BASF CORPORATION, THE JAMES                  FINAL PRETRIAL
     BROOKS COMPANY, INC., NATIONAL               CONFERENCE**
14   INTERSTATE INSURANCE COMPANY,
     and DOES 1 to 50, inclusive,
15
16        Defendants.
                                           /
17
18       This notice serves as a friendly reminder that this case remains set for a **FINAL
19   PRETRIAL CONFERENCE** on **JUNE 18, 2007**, at **2:00 P.M.**, with a **JURY TRIAL** on **JULY 16, 2007**.
20   Please consult the existing case management order and review and follow all standing
21   guidelines and orders of the undersigned for civil cases on the Court's website at
22   http://www.cand.uscourts.gov. Continuances will rarely be granted.
23       The final pretrial conference will be an important event, for it will be there that the
24   shape of the upcoming trial will be determined, including *in limine* orders, time limits and
25   exhibit mechanics. Lead trial counsel must attend.
26       To avoid any misunderstanding with respect to the final pretrial conference and trial, the
27   Court wishes to emphasize that all filings and appearances must be made — on pain of
28   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

received. It will not be enough to inform the clerk that a settlement in principle has been reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case. Where, however, a fully-executed and unconditional settlement agreement clearly and fully disposing of the entire case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act remains, the Court will arrange a telephone conference to work out an alternate procedure pending a formal dismissal.

In order to evaluate whether the Court can be of further ADR assistance, please file a joint report within fourteen days of service of this order describing the progress and status of your ADR efforts to date and any further ADR recommendations by the parties.

In this case, the Court wishes to consider the following additional trial procedures and desires that counsel meet and confer and reach a stipulation concerning whether and how to use them:

1. Scheduling opposing experts so as to appear in successive order;

2. Giving preliminary instructions on the law;

3. Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39 of the Arizona Rules of Civil Procedure); and

4. Allowing each side fifteen minutes of opening/argument time to be used during the evidence time (in addition to normal opening statement and closing argument).

Please present the results of your stipulation (or not) in the joint pretrial conference submissions.

Dated: May 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2